UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Bernadette Kimbrough,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

                                 /

Case No. 13-11899

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [15]**

    This matter comes before the Court on the Magistrate Judge's Report and Recommendation [15]. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto,[1] the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. Defendant's motion to dismiss [13] is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

    SO ORDERED.

                              S/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: February 25, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 25, 2015, by electronic and/or ordinary mail.

                              S/Carol J. Bethel
                              Case Manager

---

[1] No party has filed timely objections to the Report and Recommendation.